UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **12-3535**

Ball v. Bitler, et al.

(M.D. Pa. Civ. No. 08-cv-00701)

      As the Court's determination in the pending matter of <u>Ball v. Famiglio, et al</u>., C.A. Nos. 12-1067 and 12-2604, may affect determination of the above captioned case, the matter of <u>Ball v. Bitler, et al.,</u> C.A. No. 12-3535, is hereby stayed pending disposition of the <u>Ball v. Famiglio, et al</u>., appeals.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:  November 16, 2012

jw/cc:  Ms. Dawn Marie Ball, #OL-0342
       J. Bart DeLone, Esq.
       Abbegael Giunta, Esq.
       Mary E. Butler, Esq.
       David M. Donaldson, Esq.